# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132405(21)(22)(23)

RANDAZZO MECHANICAL HEATING
& COOLING, INC.,
          Plaintiff-Appellee,

v

                                              SC: 132405
                                              COA: 269438
                                              Macomb CC: 05-004843-AV
VINCENT DILORENZO and ANGELA                  41-A Dist Ct: US-03-81304-GC
TINERVIA, d/b/a D & T CONSTRUCTION,
          Defendants-Appellants.

_____/

      The motion for immediate consideration is DENIED. On order of the Court, the motion for reconsideration of this Court's order of January 4, 2007 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for continuation of stay is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk

l0306